UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Nogas

V.                               Case Number:   3:01cv2287 MRK

Unum Provident Corp. Et al

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on <u>October 29, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (45) days thereafter.

Accordingly, an order of dismissal will be entered on December 12, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, October 29, 2003.


KEVIN F. ROWE, CLERK

By: *Kenneth R. Ghilardi*
Kenneth R. Ghilardi
Deputy Clerk